**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1621**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

and

HANCOCK BANK,

Garnishee,

versus

WAYNE ALLEN FLETCHER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (5:02-cv-00493-H)

_____

Submitted:  September 11, 2006      Decided:  October 12, 2006

_____

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wayne Allen Fletcher, Appellant Pro Se.  Neal Irving Fowler, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Allen Fletcher appeals the district court's orders and judgment granting summary judgment to the United States and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Fletcher, No. 5:02-cv-00493-H (E.D.N.C. Apr. 12, 2005; filed Mar. 20, 2006, entered Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED